USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/27/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLSTAR MARKETING GROUP, LLC,

                      Plaintiff,

-against-

*WARM YOUR HOUSE* STORE, AA MARKET STORE, AB35 STORE, AJ29 STORE, ALHOME$GLODCISTERN STORE, ATTRACTION FOR YOU STORE, BALMY WIND STORE, BESTHOMEFURNITURE STORE, BETTERHOUSE STORE, BTMETER OFFICIAL STORE, CCCMART STORE, CHARACTERISTIC LIFE STORE, CHARLOTTET'S STORE, CITY OF DAILY NECESSITIES STORE, CO TECH STORE, COMPUTER OFFICE OVERSEA STORE, CONVENIENT 666 STORE, DAILY COMFORT LIVING STORE, DONGGUAN BLUE SHARK TECHNOLOGY CO., LIMITED, DROPSHIPPING TO WHOLE WORLD STORE, DRY HOUSEWARE STORE, E2SHOPPING STORE, EMBELLISH NEW LIFE STORE, FANHHUI STORE, FOR GOOD THINGS STORE, FOR YOUR B-ETTER LIFE STORE, FOREWAN DIYCRAFT STORE, FUNNY GIFTS STORE, GARDON STORE STORE, GLOBAL  3C TECH STORE, GLOBAL PROFESSIONAL TOOL STORE, GOOD LIFESTYLE STORE, HANGZHOU JUKINGS TECH CO., LTD., HIGH GRADE 3CMART STORE, HOMESERVICE STORE, HOMO DROPSHIP STORE, HOUSE GOODHAND STORE, HOUSEHOLDTOOLS GROCERIES STORE, HUIYU FACTORY STORE, I FOUND YOU STORE, INFINITE VOICE STORE, INSTRUMENT TECH STORE, JA JLAKDFALIYUN STORE, JIANDE HUNLEE ELECTRICAL APPLIANCE CO., LTD., KALAXHOME STORE, K-E-Y TO YOUR H-E-A-R-TE STORE, LA FAVORITA FLAGSHIP STORE, LBFAMILY STORE, LINHAI ZHONGQI OPTO-ELECTRICAL TECHNOLOGY CO., LTD., LITTLE EXPERT STORE, LOVELYPUPPY STORE, LUCKLY HOUSE STORE, LUMIPARTY FACTORY STORE, LUMIPARTY OFFICIAL STORE, MAGICIAN 3C STORE, MAY RECORDS STORE, MOONLIGHT DROPSHIPPING STORE,

20 Civ. 8405 (AT)

**ORDER**

| |
|---|
| MYRIANN OFFICIAL STORE, NO. 19 MASK STORE, ONETREE STORE, PROFESSIONAL TOOL CENTER STORE, ROMANTIC ALL HOUSE STORE, ROMANTIC FULL IN HOME, SAFE LIFE STORE, SECURITY PROTECT ONLINE STORE, SHANMAMMY DROPSHIP STORE, SHENZHEN CLICKS TECHNOLOGY CO., LTD., SHOP1266133 STORE, SHOP4917095 STORE, SHOP5250048 STORE, SHOP5440035 STORE, SHOP5522046 STORE, SHOP5788919 STORE, SHOP910453068 STORE, SIX STARS PRODUCTS STORE, SMARTLIVES STORE, SNEWVIE LED LIGHTING YOUR LIFE STORE, SURPRISE LIFE STORE, SWOVO DIYCRAFT STORE, SZWKY HOUSEHOLDS STORE, TOOLS DIRECT STORE, TOP1 PHONE STORE, TOPLEO STORE, TRENDY CASUAL CLOTHINGS STORE, TT PINK LIFE STORE, TTMART STORE, WELCOME OVERSEA STORE, WORTH WATCHING STORE, YIDIAN OF GRASS STORE. YOCOMYLY 511511 STORE, YOUR DAILY 3CMART STORE, YOUR HAPPINESS HOUSE STORE and YOYOHOME STORE, |
| Defendants. |

ANALISA TORRES, District Judge:

On October 21, 2020, this Court entered a temporary restraining order on Plaintiff's ex parte motion (the "TRO"). The Court found that Plaintiff was likely to succeed on its claims of trademark infringement by Defendants, that continued infringement would cause Plaintiff irreparable harm, and that the public interest and the balance of equities strongly favored restraining further infringement. Accordingly, the Court entered the TRO, and, among other things: (1) restrained Defendants from taking a variety of actions that infringed Plaintiff's trademark or induced others to do so, (2) directed third-party web service providers to cease providing service to Defendants within five days, (3) directed third-party financial institutions to locate and attach Defendants' financial accounts within five days, (4) authorized expedited discovery, (5) authorized Plaintiff to delay service on Defendants until after the third parties had complied with the order, and authorized service by electronic means, and (6) sealed Plaintiff's application, its supporting documents, and the order itself until the third parties had complied. The Court further ordered that Defendants appear on October 27, 2020, at 1:00 p.m., to show cause why a preliminary injunction should not issue.

The time for the third parties designated in the Court's order to comply has now passed. Accordingly, it is ORDERED that:

(1) By **November 6, 2020**, Plaintiff shall file with the Court a status letter describing the compliance or noncompliance of Defendants and third parties with the Court's order, and

providing proof of service of the TRO on each Defendant (consistent with the methods of service outlined in the TRO);

(2) The hearing scheduled for October 27, 2020, at 1:00 p.m. is ADJOURNED to **November 16, 2020**, at **1:00 p.m.**  By **November 11**, Defendants shall file any opposing papers.  By **November 13, 2020**, Plaintiff shall file any reply;

(3) Pursuant to Federal Rule of Civil Procedure 65(b)(2), the TRO is extended to November 16, 2020.  Good cause exists for an extension, because adjourning the preliminary injunction hearing is necessary to ensure Defendants are afforded adequate notice, and continued restraint of Defendants and third parties in the interim period is necessary to protect Plaintiff's rights against the irreparable harms demonstrated in their TRO application.

(4) By **October 29, 2020,** Plaintiff shall serve this order on Defendants using the same methods authorized by the TRO.  By **October 30, 2020**, Plaintiff shall provide the Court with proof of service.

SO ORDERED.

Dated: October 27, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge