USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/17/2021

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:     (212) 292-5391
*Attorneys for Plaintiff*
*Allstar Marketing Group, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC,<br>*Plaintiff*<br><br>v.<br><br>*WARM YOUR HOUSE* STORE, *et al.*,<br>*Defendants* | CIVIL ACTION No.<br>20-cv-8405 (AT) |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Allstar Marketing Group, LLC ("Allstar" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants e2shopping Store, JA jlakdfaliyun Store and LBFamily Store in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

2

Dated: May 14, 2021                                      Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY:   /s/ Brieanne Scully_____
      Brieanne Scully (BS 3711)
      bscully@ipcounselors.com
      EPSTEIN DRANGEL LLP
      60 East 42nd Street, Suite 2520
      New York, NY 10165
      Telephone:   (212) 292-5390
      Facsimile:    (212) 292-5391
      *Attorneys for Plaintiff*
      *Allstar Marketing Group, LLC*

SO ORDERED.

Dated: May 17, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge