UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLSTAR MARKETING GROUP, LLC,

*Plaintiff*

v.

*WARM YOUR HOUSE* STORE, AA MARKET STORE, AB35 STORE, AJ29 STORE, ALHOME$GLODCISTERN STORE, ATTRACTION FOR YOU STORE, BALMY WIND STORE, BESTHOMEFURNITURE STORE, BETTERHOUSE STORE, BTMETER OFFICIAL STORE, CCCMART STORE, CHARACTERISTIC LIFE STORE, CHARLOTTET'S STORE, CITY OF DAILY NECESSITIES STORE, CO TECH STORE, COMPUTER OFFICE OVERSEA STORE, CONVENIENT 666 STORE, DAILY COMFORT LIVING STORE, DONGGUAN BLUE SHARK TECHNOLOGY CO., LIMITED, DROPSHIPPING TO WHOLE WORLD STORE, DRY HOUSEWARE STORE, E2SHOPPING STORE, EMBELLISH NEW LIFE STORE, FANHHUI STORE, FOR GOOD THINGS STORE, FOR YOUR B-ETTER LIFE STORE, FOREWAN DIYCRAFT STORE, FUNNY GIFTS STORE, GARDON STORE STORE, GLOBAL 3C TECH STORE, GLOBAL PROFESSIONAL TOOL STORE, GOOD LIFESTYLE STORE, HANGZHOU JUKINGS TECH CO., LTD., HIGH GRADE 3CMART STORE, HOMESERVICE STORE, HOMO DROPSHIP STORE, HOUSE GOODHAND STORE, HOUSEHOLDTOOLS GROCERIES STORE, HUIYU FACTORY STORE, I FOUND YOU STORE, INFINITE VOICE STORE, INSTRUMENT TECH STORE, JA JLAKDFALIYUN STORE, JIANDE HUNLEE ELECTRICAL APPLIANCE CO., LTD., KALAXHOME STORE, K-E-Y TO YOUR H-E-A-R-TE STORE, LA FAVORITA FLAGSHIP STORE, LBFAMILY STORE, LINHAI ZHONGQI OPTO-ELECTRICAL TECHNOLOGY CO., LTD., LITTLE EXPERT STORE, LOVELYPUPPY STORE, LUCKLY HOUSE STORE,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/2/2021_____

LUMIPARTY FACTORY STORE, LUMIPARTY OFFICIAL STORE, MAGICIAN 3C STORE, MAY RECORDS STORE, MOONLIGHT DROPSHIPPING STORE, MYRIANN OFFICIAL STORE, NO. 19 MASK STORE, ONETREE STORE, PROFESSIONAL TOOL CENTER STORE, ROMANTIC ALL HOUSE STORE, ROMANTIC FULL IN HOME, SAFE LIFE STORE, SECURITY PROTECT ONLINE STORE, SHANMAMMY DROPSHIP STORE, SHENZHEN CLICKS TECHNOLOGY CO., LTD., SHOP1266133 STORE, SHOP4917095 STORE, SHOP5250048 STORE, SHOP5440035 STORE, SHOP5522046 STORE, SHOP5788919 STORE, SHOP910453068 STORE, SIX STARS PRODUCTS STORE, SMARTLIVES STORE, SNEWVIE LED LIGHTING YOUR LIFE STORE, SURPRISE LIFE STORE, SWOVO DIYCRAFT STORE, SZWKY HOUSEHOLDS STORE, TOOLS DIRECT STORE, TOP1 PHONE STORE, TOPLEO STORE, TRENDY CASUAL CLOTHINGS STORE, TT PINK LIFE STORE, TTMART STORE, WELCOME OVERSEA STORE, WORTH WATCHING STORE, YIDIAN OF GRASS STORE. YOCOMYLY 511511 STORE, YOUR DAILY 3CMART STORE, YOUR HAPPINESS HOUSE STORE AND YOYOHOME STORE,

*Defendants*.

20 Civ. 8405 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 30, 2021, Plaintiff moved by order to show cause for default judgment against Defendants. ECF No. 43. In support, Plaintiff submitted two affidavits with accompanying exhibits, a memorandum of law and a proposed default judgment (the "Supporting Papers"). ECF Nos. 44–48. Accordingly:

1. The motion for default judgment will be resolved **on the papers.**

2. By **September 16, 2021**, Plaintiff shall serve copies of this Order to Show Cause and the Supporting Papers on Defendants by the means authorized in the Temporary Restraining Order ¶ IV.A, ECF No. 20.

2

3. By **September 20, 2021**, Plaintiff shall file on the docket (1) proof of service, and (2) the Supporting Papers that were served upon Defendants (as an attachment to the proof of service).

4. By **October 11, 2021**, Defendants shall respond to Plaintiff's motion.

5. By **October 25, 2021**, Plaintiff shall submit its reply, if any.

SO ORDERED.

Dated: September 2, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge