```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/17/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLSTAR MARKETING GROUP, LLC,

                            Plaintiff

- against -

ALHOME$GLODCISTERN STORE, LA FAVORITA FLAGSHIP STORE, AND SHENZHEN CLICKS TECHNOLOGY CO., LTD.,

                            Defendants.

20 Civ. 8405 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has entered judgment against all defendants except ALHOME$GLODCISTERN Store, La Favorita Flagship Store, and Shenzhen Clicks Technology Co., Ltd. *See* ECF No. 54. Accordingly, by **August 24, 2022**, Plaintiff shall file a letter informing the Court of whether it will move again for default against the remaining defendants.

       The Clerk of Court is directed to terminate all defendants except ALHOME$GLODCISTERN Store, La Favorita Flagship Store, and Shenzhen Clicks Technology Co., Ltd.,

       SO ORDERED.

Dated: August 17, 2022
       New York, New York

                                                   ANALISA TORRES
                                         United States District Judge